| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| COREY LOUIS HINES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-CV-280 |
| | § | |
| WARDEN, USP BEAUMONT, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Corey Louis Hines, an inmate currently confined at USP Beaumont, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying Petitioner's petition for writ of habeas corpus and motion for prohibitory injunction (#33).  No objections to the Report and Recommendation have been filed to date.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#33) is **ADOPTED.**  A final judgment will be entered in

this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 11th day of September, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE